IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CASE NO.

| | |
|---|---|
| PRISM RENEWABLES INC. | ) |
| | ) |
| Plaintiff(s), | ) |
| v. | ) |
| | ) |
| FIVE M'S, L.L.C. | ) |
| | ) |
| Defendant(s). | ) |

DISCLOSURE BY NON-GOVERNMENTAL CORPORATE PARTY
OF CORPORATE AFFILIATIONS AND OTHER ENTITIES
WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

This disclosure must be filed on behalf of each nongovernmental corporate entity that is a party to the action. Counsel has a continuing duty to update this information. An executed form should be electronically-filed. Plaintiff or the moving party must serve this form on the defendant(s) or respondent(s) when initial service is made.

__Prism Renewables Inc.__ who is __Plaintiff__
*(Name of Party)*      *(Plaintiff / moving party or defendant)*
makes the following disclosure:

1. Is the party a publicly held corporation or other publicly-held entity?
   ☐ Yes     ☑ No

2. Does the party have any parent corporations?
   ☐ Yes     ☑ No

   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of a party owned by a publicly-held corporation or other publicly-held entity?
   ☐ Yes     ☑ No

   If yes, identify all such owners:

NCWD-Corporate Disclosure – Sept. 2016

Case 3:21-cv-00169-RJC-DCK    Document 4    Filed 04/20/21    Page 1 of 2

4. Is there any other publicly-held corporation or other publicly-held entity that has a direct financial interest in the outcome of the litigation?
☐ Yes ☑ No

If yes, identify the entity and the nature of its interest:

5. Is the party a trade association?
☐ Yes ☑ No

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If the case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors' committee:

s/ Daniel J. Finegan            4/20/2021
Signature of Attorney            Date