# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Prism Renewables, Inc. <br> Lewis Reynolds**,** | ) <br> ) | JUDGMENT IN CASE |
| Plaintiff(s), | ) <br> ) | 3:21-cv-00169-RJC-DCK |
| vs. | ) <br> ) | |
| Five M's L.L.C.**,** | ) <br> ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 30, 2023 Order.

March 30, 2023

_____
Frank G. Johns, Clerk
United States District Court